IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NEDOLANDEZ LEON SANTOS, #140896, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:09-CV-165-WHA |
| | ) [WO] |
| SGT. IBETH JONES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## ORDER

No timely objection having been filed to the Magistrate Judge's Recommendation (Doc. #14), filed on April 20, 2009, that the Plaintiff's motions to dismiss (Docs. #11 and 12) be granted, the Recommendation is adopted, and it is hereby

ORDERED that the motions are GRANTED, and this case is DISMISSED on motions of the Plaintiff.

DONE this 11th day May, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE